**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: ADVANCE TRANSIT MIX** | **CIVIL ACTION**<br><br>**NO. 26-3314-KSM** |

**ORDER**

**AND NOW**, this 10th day of August, 2026, upon consideration of pro se Appellant Michael Panichi, Sr.'s Certificate of Appeal (Doc. No. 1), the motion to quash filed by Appellee Advance Transit Mix, Inc. (Doc. No. 2), Appellant's response (Doc. No. 4), and for the reasons discussed in the accompanying memorandum, it is **ORDERED** that the motion to quash (Doc. No. 2) is **GRANTED in PART** and **DENIED in PART**. Panichi, Sr.'s appeal as to the Bankruptcy Court's April 8, 2026 order, Bankr. Doc. No. 230, and "[a]ny related orders arising from or connected to the Court's rulings concerning disclosure obligations, standing, conflicts of interest, or approval of transactions involving estate assets" of Michael Panichi, Sr. is **QUASHED**. Panichi, Sr.'s appeal of the Bankruptcy Court's April 23, 2026 order, and all other issues and orders properly appealed and not discussed in the Court's accompanying memorandum, may proceed to briefing on the merits.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*_______
KAREN SPENCER MARSTON, J.